UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTA JO HIESHETTER,

    Plaintiff,    Case No. 1:19-cv-725

v.    Hon. Paul L. Maloney

BRITTIAN AMANN, *et al.*,

    Defendants.
_____/

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED**

**IT IS SO ORDERED.**

Date: January 22, 2020    /s/ Paul L. Maloney
            Paul L. Maloney
            United States District Judge